UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| JUDITH G. GALLEGOS, ) | |
| ) | |
| Plaintiff, ) | 2:07-cv-00722-LRH (GWF) |
| ) | |
| v. ) | |
| ) | O R D E R |
| MICHAEL ASTRUE, COMMISSIONER OF ) | |
| SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Before this Court is Findings & Recommendations of U.S. Magistrate George Foley, Jr. (#20[1]) entered on September 10, 2008, recommending granting Plaintiff's Motion for Reversal (#11) filed on January 22, 2008, and denying Defendant's Motion to Affirm (#16) filed on April 1, 2008. Plaintiff filed her Exceptions to Magistrate's Findings and Recommendations (#21) on September 22, 2008, pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 1B 3-2 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) and Local Rule IB 3-2. Although Plaintiff presents a strong case for disability, the Court determines that the Magistrate Judge's Findings and Recommendations (#20)

---

[1]Refers to court's docket number.

1 entered on September 10, 2008, should be adopted and accepted.

2       IT IS THEREFORE ORDERED that the Magistrate Judge's Findings and Recommendations (#20) entered on September 10, 2008, is adopted and accepted, and Plaintiff's Motion for Reversal (#11) is GRANTED. This case is remanded to the Commissioner for a further hearing and determination of whether Plaintiff is disabled based on a proper evaluation of the record as a whole, including giving due weight to the medical opinions of the Plaintiff's treating physicians, a proper assessment and crediting of Plaintiff's testimony regarding her symptoms and limitations, and a proper assessment and evaluation of the vocational expert testimony regarding the availability of other jobs in the national economy that Plaintiff can perform.

10       IT IS FURTHER ORDERED that Defendant's Motion to Affirm (#16) is DENIED.

11       IT IS SO ORDERED.

12       DATED this 27th day of February, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2